

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-14-00289-CV

**LEGEND OAKS – SOUTH SAN ANTONIO** d/b/a Leagend Oaks Heaqlthcare and Rehab. Ctr. – South San Antonio,
Appellants

v.

Emma **MOLINA** on Behalf of the Estate of Adella Rocamontes,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17554
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on June 27, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court